JUNE 21, 1951

**No. 55693.**—Edward P. Paul & Co., Inc., and Sinaco Co., Inc. *v.* United States, protests 169530–K and 169933–K. Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, JUNE 25, 1951

**No. 55694.**—Joseph Blank et al. *v.* United States, protests 169160–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.